# United States Court of Appeals
## For the Eighth Circuit

_____

No. 16-4446

_____

Arsenia Marisol Xirum-Tomas

*Petitioner*

v.

Jefferson B. Sessions, III, Attorney General of the United States of America

*Respondent*

_____

Petition for Review of an Order of the
Board of Immigration Appeals

_____

Submitted: August 4, 2017
Filed: August 9, 2017
[Unpublished]

_____

Before WOLLMAN, LOKEN, and BENTON, Circuit Judges.

_____

PER CURIAM.

Guatemalan citizen Arsenia Marisol Xirum-Tomas petitions for review of a Board of Immigration Appeals decision upholding an immigration judge's denial of asylum and withholding of removal. Xirum-Tomas offers no basis for challenging the determination that she established no nexus between the harm she claimed to have suffered and any protected ground. See Gomez-Garcia v. Sessions, 861 F.3d 730, 733

(8th Cir. 2017) (standard for asylum); <u>Malonga v. Mukasey</u>, 546 F.3d 546, 551 (8th Cir. 2008) (standard for withholding of removal).  The petition for review is denied.

_____